# United States District Court
# District of Minnesota

<u>Christopher Roller</u>
(Plaintiff)

vs.

The James Randi Educational Foundation, Inc. (JREF)
c/o Magician James Randi
(Defendant)

Civil Action No.

## Complaint

I'm thoroughly confused about James Randi.  James educates people.  I would like James to educate me.

James is a magician.  The "Amazing Randi".  I truly believe Randi is amazing.  I believe James Randi has godly powers.  I could be wrong.  I've been wrong before, but I had a hunch about David Copperfield, and it turned out I was right.

Now James doesn't perform many magic shows anymore, but I think he's making money via products made from godly powers.  Again, I could be wrong.

You see, I now have a patent on godly powers - Pat#20070035812. http://www.objectforce.com/php/MyTrumanShow__/Legal/Patent/Patent.html.  The patent gives me exclusive right to the ethical use and financial gain in the use of godly powers on planet Earth.  I believe James has been infringing on that patent effective 29July2005 in accordance with U.S.C 35 § 271.  Not just for financial gain, but also because I believe he has knowledge of immoral behavior through the use of godly powers.

Again I could be wrong.  If I'm wrong I will drop the suit immediately.  But it's seems like a stubborn game played by lawyers to dismiss the case before I get a chance to ask any questions.  I never get any answers before dismissal.  I think I know why - <u>avoid answering anything if it's going to be bad.</u>

People would make fun of me, "Chris, it doesn't make sense that a god or God would have to sue people to prove himself or have money".  I think I've figured out the reason.  I am under the impression that people can't lie to me under oath.  Now that would be impressive if true, since everybody is full of it or corrupt.  Imagine, no more Clintonitis (Clinton lied under oath).  Wow!  After all, David Copperfield fessed up to godly powers.  I seriously doubt he wanted to do that.  "I swear to tell the truth, the whole truth, and nothing but the truth, so help me God."  Well, I'm God, and I'm going to help you tell the truth.  How beautiful!  I think that's my magic trick to be displayed in the courtroom.  And it's the ultimate trick.  I think I'm going to call it the "fess-up phenomenon".  The theory is that people will only say the truth to me, or if it's not good, avoid saying anything at all.  No answer means the uncomfortable insinuation.  To test this theory, I'd like to pose some statements for the reply by the defense.

1. James Randi does not have godly powers.
2. James Randi does not have any knowledge of the use of godly powers for financial gain on planet Earth.
3. James Randi has no knowledge of any immoral behavior committed through the use of godly powers.
4. James Randi has no knowledge of immoral behavior committed against Chris Roller through the use of godly powers.

5. James Randi Educational Foundation does not have and has never had a field representative (person, associate/partner, or associate/partner company) located in Minnesota for the purpose of investigation of paranormal claims submitted via the JREF Paranormal Challenge.

6. James Randi Educational Foundation has never had any Minnesotans challenge the JREF Paranormal Challenge.

7. James Randi has never seen www.mytrumanshow.com and Chris Roller's notice of patent pending on godly powers.

8. James Randi does not believe Chris Roller is a godly entity exhibiting paranormal godly powers.

9. James Randi does not believe Chris Roller is God.

10. James Randi does not appreciate Chris Roller.

11. James Randi wants Chris Roller to dismiss this case.

This is to test my "fess up" phenomenon theory.  I'm betting the farm on this experiment.  If the reply to the complaint has, in verbatim (simple copy and paste), the above statements 1-4, I will dismiss this case immediately.  If any of the statements are missing in the reply, then the opposite will be true ("does not" means "does", "has no" means "has", etc.).  5-6 is concerning minimum contacts in MN.  If any of 1-4 are missing, we have a case of patent infringement, and I will need to ask James Randi more questions.

I don't want to hear any lame excuses by the defense that a lack of statement means nothing.  It means you cannot lie to me with a false statement.  This is to test my experimental "fess up" phenomenon theory.

Again, this is very important.  If any of these statements above are missing in the

reply, then it will mean an <u>admission of the opposite</u> ("does not" means "does", "has no" means "has", etc.). James Randi, here's my challenge to you. It's very simple - copy and paste all the statements into the reply, if you can, and I will dismiss this case (with my apologies).

If not, we've got ourselves a case, and a new phenomenon known as the "fess up" phenomenon where James Randi cannot lie to me.

CONCLUSION

I'm suing James Randi for patent infringement in accordance with U.S.C 35 § 271. If true, I want past royalties effective 29July2005 - amount to be determined.

Respectfully submitted,

 Date: __22 Feb 2007_____          _____s/_Christopher A. Roller_____
                                   Christopher Roller (pro se)
                                   13150 Harriet Ave. S #273
                                   Burnsville, MN 55337
                                   952.239.6410