# United States District Court
## District of Minnesota

<u>Christopher Roller</u>
(Plaintiff)
vs.
Bosley Medical Group
(Defendant)

Civil Action No. 07-1296
Complaint Supplemental

Complaint Supplemental

I received my hair transplants on 2Oct2006, but none of them took.  The reason - I believe follicular hair transplants require magic to help the transplant re-grow in it's new spot.  It's like transplanting a flower to a new barren garden - it requires "Miracle Grow" to re-grow there, to become fruitful.  It didn't work on me because sometimes, magic doesn't work on me, thus a 0% take ratio.  After talking to Bosley, <95% take ratio is extremely rare.  Almost always above 99.5%.

1. All employees of Bosley have godly powers.
2. Bosley knew that follicular hair transplant was a godly process as of 29Jul2005.
3. Bosley conspired to kill Chris Roller.  In particular, I got my hair transplants on 2Oct2006, and that's the same day as the Amish school shooting.  If I don't see a statement denying this hit allegation, it's Bubba Time.
4. Employees of Bosley exercise magic commands to accomplish their job.

The above are allegations.  If I don't see a statement denying these allegations, then it's true.

CONCLUSION

I'm suing Bosley for patent infringement, in accordance with U.S.C 35 § 271.  I want past royalties, amount to be determined, based on the missing statements in the reply concerning allegations listed above.

Date: __18 May 2007_____

                                       __s/Christopher Roller____
                                       13150 Harriet Ave. S #273
                                       Burnsville, MN 55337
                                       952.239.6410