# United States District Court
# District of Minnesota

<u>Christopher Roller</u>  
(Plaintiff)  
vs.  
The James Randi Educational Foundation, Inc. (JREF)  
(Defendant)

Civil Action No. 07-1296 (JRT/FLN)

Motion to Disqualify Judge

Motion to Disqualify Judge

Judge Noel conspired to kill me and shouldn't be judging my cases due to conflict of interest.

CONCLUSION

For reasons stated above, I want a new judge, one that's not trying to kill me, and actually likes me being God.

Respectfully submitted,

Date: __21 Nov 2007__         __s/_Christopher A. Roller__
Christopher Roller (pro se)
13150 Harriet Ave. S #273
Burnsville, MN 55337
952.239.6410