# United States District Court
# District of Minnesota

<u>Christopher Roller</u>
(Plaintiff)
vs.
The James Randi Educational Foundation, Inc. (JREF)
(Defendant)

Civil Action No. 07-1296 (JRT/FLN)

Memo to support Disqualify Judge

Memo to support Disqualify Judge

ARGUMENTS

I asked for a sworn statement, but with nothing, I'll just imagine Judge Noel is simply swearing at me.  Once again, I'm being ignored in the legal system.  Nobody in this world is paying attention to me, like I have ADD - I lack enough (deficit of) attention.

Well this is probably going to be another legal joke, trying to get rid of a federal judge that's trying to kill me, the same judge that gets to determine/ judge his own disqualification.  That itself is a joke.  I've had so much success in my legal battles thus far.  Let's see how this one goes!

I need a new judge, one that's not trying to kill me.  I realize that's slim pickings, but there has to be one out there somewhere.  Import one from overseas if needed.

I know this isn't how the legal system works - the system can't be a joke,

right.  It would only be a joke if all my cases were dismissed (some with prejudice), judges would ignore everything I submit, and I get sanctioned while ridiculing my legal premise.  Hmmm...well that's what happened.  Or let people like James Randi walk free after attempted murder on Chris Roller.  At least when Ostlund tried to kill me, nobody died when Lisa "diaper" Nowak went loony.  Ostlund sanctioning me would make sense, to prevent Roller getting to the truth with Ostlund.  Ostlund can't kill Roller, so lets make sure he can't do anything in the courtroom anymore to get to the truth.  Then of course Judge Noel goes along with the advice of a seasoned attorney cause I'm a trouble-making peon who has no business in the courtroom, but mostly because of the hit cover-up.

I'm showing attempted murder "beyond reasonable doubt", enough for criminal prosecution, and yet I can't even get a civil trial, which is less stringent to win.  People are trying to kill me on a daily basis, and I'm getting sanctioned for complaining too much!  Wow man, somebody has got to be laughing at all this - who's the jokester running my show - Andy Kaufman?

1. It must be a joke that Chris Roller can't see his kids because he is such a poor peon because judges can't stop dismissing Chris Roller's cases.
2. It must be a joke when Chris Roller files a lawsuit.
3. It must be a joke when Chris Roller files a motion for continuance on the David Blaine case (05-1112).
4. Franklin Noel must have been playing a joke and a mind game when 05-1112 #6 was submitted, and after complying, just to result in #11.

5. You know that Chris Roller knows how to joke around in a law suit too.

6. Judge Noel does not like the truth being told in the courtroom.

7. Judge Noel believes that sin should be forgiven by God.

8. Judge Noel believes that law should be upheld for any sins.

9. Judge Noel does not appreciate Chris Roller, nor calling himself God, nor being God.

10. Peon Chris Roller has no idea of the legal fury to be unleashed for taking on a Federal Judge.

11. Judge Noel does not believe God is the ultimate judge.

12. Judge Noel is buddy buddy with Richard Ostrich.

13. Judge Noel did see the questions posed in Chris Roller's interrogatory submitted to James Randi 06-04702.

14. Judge Noel did see the interrogatory answers that magically appeared.

15. Judge Noel did not appreciate seeing the the interrogatory question, "Name and location of legal professionals for which have conspired against me."

16. Judge Noel did not appreciate seeing Judge Noel's name pop up on the answer to the question, "Name and location of legal professionals for which have conspired against me.", stating he conspired to kill Chris Roller.

17. Chris Roller has got some serious cojones taking on a federal judge.

18. Judge Noel knew that James Randi had godly powers, yet scolded me about asking such a question, staying discovery, all designed to cover

up crimes by James Randi and Richard Ostlund and Judge Noel.

19. Judge Noel wants to keep the godly secret secret/hidden for fear of discovering the truth.

20. Judge Noel did conspire against Chris Roller by staying discovery, to keep the godly secret alive, and prevent seeing those darn interrogatory answers that magically appeared.

21. Judge Noel was aware that it is a felony to conspire against Chris Roller, but seriously doubts Roller can do anything about it.

22. Judge Noel does not want to be Bubbatized!

23. Chris Roller would rather remember Judge Franklin Noel as a main participant in the biggest case and the biggest patent the planet will ever witness.

24. Chris Roller would rather see Judge Franklin Noel interview Katie Couric, not Bubba.

25. Truth and justice are only for sissies like Chris Roller.

26. Franklin Noel seems to ignore everything Chris Roller submits, but will he ignore this complaint.

27. Wow, that Chris Roller can sure joke around in a law suit!

28. Being Thanksgiving and all, I know the world is giving thanks to Roller for implementing the oath globally and thus helping the legal system - http://www.mytrumanshow.com/Legal/TruthUnderOathService.html

29. Judge Noel gives no thanks to Roller for being born.

30. It would appear that Chris Roller's cases by Judge Noel have all been

a sham since there was a conflict of interest!

I wrote most of this 3 or 4 months ago, so I've been patient, but I think something happened in the courtroom on 2Nov2007 hearing. I probably could've stopped my sanction had I been more prompt. I want to point out that I'm kidding around a bit, despite being stern about the serious statements. I'm sure Noel was messing with me during the Blaine case if not all my cases, and I'm just having fun too. And I'm kidding around about Bubba stuff I think. If Noel conspired to kill me, I don't take it personally when people try to kill me. Half my family has tried it, and I'm getting use to it. I'm pretty forgiving, and try to joke everything off, but I need a judge who is not trying to kill me to judge this case.

CONCLUSION

For reasons stated above, I want a new judge, one that's not trying to kill me, and actually likes me being God.

Respectfully submitted,

Date: __21 Nov 2007__              __s/_Christopher A. Roller__
                                    Christopher Roller (pro se)
                                    13150 Harriet Ave. S #273
                                    Burnsville, MN 55337
                                    952.239.6410