# United States District Court
# District of Minnesota

<u>Christopher Roller</u>
(Plaintiff)
vs.
The James Randi Educational Foundation, Inc. (JREF)
(Defendant)

Civil Action No. 07-1296 (JRT/FLN)

Affidavit

## Affidavit

1. Judge Noel helped to conspire the hit on me on 6Feb2007 with Richard Ostlund (07-01296 docket #84) and James Randi and many others.

2. Judge Noel knew of all my interrogatory questions submitted to James Randi via Ostlund office.

3. Knowing the questions, and not liking the answers, Judge Noel conspired to stay discovery to prevent my important questions from being answered.

4. Then Judge Noel helped James Randi and George Bush get off, and is probably going to help Ostlund and all the others get off if I don't get rid of him.

Respectfully submitted,

Date: __21 Nov 2007__         __s/_Christopher A. Roller__
Christopher Roller (pro se)
13150 Harriet Ave. S #273
Burnsville, MN 55337
952.239.6410