AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Christopher Roller

V.

United States of America, State of
Minnesota, and Anthony Ostlund & Baer

**JUDGMENT IN A CIVIL CASE**

Case Number: 07-cv-1296 JRT/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Court **OVERRULES** plaintiff's objections and **ADOPTS** the Magistrate Judge's Report and Recommendation. 1. Defendant Anthony Ostlund & Baer's Motion to Dismiss is **GRANTED**. 2. Defendant State of Minnesota's Motion to Dismiss is **GRANTED.** 3. Defendant United States' Motion to Dismiss is **GRANTED**. 4. Plaintiff's Motions for Partial Summary Judgment are **DENIED**. 5. Plaintiff's Amended Complaint is **DISMISSED with prejudice**.

|  |  |
|---|---|
| March 27, 2008 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Janet Midtbo |
| (By) | Janet Midtbo,   Deputy Clerk |

Form Modified:  09/16/04