I had a case, 07-cv-01296-JRT-FLN. Look at docket #99. Look at docket #100 – that's the memo explaining why Noel should not be judging my cases.

There was no response to this motion. It's very simple – Noel wants me dead.

I want an affidavit from Noel concerning the allegations presented in #100.

Otherwise, I want the case reopened, and I want a judge that's not trying to kill me. Also, I want any sanctions brought to me via Judge Noel – I want them dropped.

Date: ____23 Sep 2008_____        ____s/   Christopher A. Roller_____
                                        Christopher Roller (pro se)
                                        13150 Harriet Ave. S #273
                                        Burnsville, MN 55337
                                        952.239.6410

Call me if any questions

RECEIVED BY MAIL SEP 24 2008 CLERK US DIST COURT MINNEAPOLIS MN

SCANNED SEP 24 2008 U.S. DISTRICT COURT MPLS